IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 69.121.152.172

**ISP:** Optimum Online
**Physical Location:** Spring Valley, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/29/2018 19:04:06 | F31B67E712B5B38906F25B7726E241F3BB78FCBA | X Marks The Spot |
| 12/26/2017 16:18:16 | 65FB1A3CEF085B831C6343F19C7CC818423BBECC | Red Hot Christmas |
| 12/18/2017 06:44:11 | 9499CBF530FFAFA39DB216415BFC663108A9FE55 | Your Luckiest Night |
| 12/04/2017 19:09:25 | 4842BA3D11865B63DD0990BD02B0B59A36C57F4D | Watch Me Cum For You |
| 11/14/2017 14:41:47 | 3B38DACB9530C6AEC7D8364900B0052BAC28678D | Would You Fuck My Girlfriend |
| 07/24/2017 14:48:59 | 7F30DB538482FB13F44A1F5B9E72FD75BB8030EB | Emerald Love |
| 07/18/2017 19:54:26 | 063B7CC16F0CF6BF701E6F91B75FA7F57EECA037 | Definitely Not So Shy |
| 07/14/2017 21:35:59 | 27A442046E8EE81E3C4FC33A4E0687EB1D7041AF | Summer Lovers |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

SNY427