UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
MALIBU MEDIA, LLC,                                               :
                                                                 :
                                                                 : Case No. 7:18-cv-03236-NSR
                              Plaintiff,                         :
v.                                                               :
                                                                 :
DAVID GAINZA,                                                    :
                                                                 :
                              Defendant.                         :
---------------------------------------------------------------- X

## NOTICE OF SERVICE

    Plaintiff, Malibu Media, LLC, hereby gives notice regarding service on Defendant, David Gainza ("Defendant). Plaintiff was recently notified by its process server that service was completed on October 8, 2018. Upon receipt of the Affidavit of Service from the process server, Plaintiff will immediately file proof of service with the court.

    Dated: October 11, 2018

                                                                Respectfully submitted,

                                     By:    /s/ *Kevin T. Conway*
                                                       Kevin T. Conway, Esq. (KC-3347)
                                                       664 Chestnut Ridge Road
                                                       Spring Valley, New York 10977-6201
                                                       T: 845-352-0206
                                                       F: 845-352-0481
                                                       E-mail: ktcmalibu@gmail.com
                                                       *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Kevin T. Conway*
KEVIN T. CONWAY, ESQ.
