UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

DAVID GAINZA
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

7:18   Civ. 03236   (NSR) (___)

**NOTICE OF APPEARANCE**

Please take notice that I, DAVID GAINZA_____, a defendant in
                                    *(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: TAPPAN_____, NY_____
        *(town/city)*        *(state)*

October 26, 2018

_____
Signature of Defendant

10 JONES PLACE
_____
*Address*

TAPPAN, NY 10983
_____
*City, State & Zip Code*

845-359-2213
_____
*Telephone Number*

_____
*Fax Number (if you have one)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/18

Rev. 05/2007                    3